UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 14-12343<br>CHAPTER 13 |
| MICHELLE ALLEN | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    Certification of Final Payment has been filed in this case.  After the Certification was filed, the distribution to the Creditor listed below, was returned due to a bad address.  Address change was not filed.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 923578 | $571.13 |

Creditor(s)
AMERICAN INFOSOURCE
DIRECTV
P.O. BOX 51178
LOS ANGELES, CA 90051

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Guinevere D. O'Shea, Esq.
Staff Attorney
Attorney Reg No. OH 0086523

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
goshea@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that on September 13, 2016, a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the following registered ECF participants, **electronically** through the Court's ECF System at the e-mail address registered with the Court:

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
(service waived)

Debtor(s) Counsel
ZINGARELLI LAW OFFICE, LLC
810 SYCAMORE STREET
THIRD FLOOR
CINCINNATI, OH  45202

and on the following by **ordinary U.S. Mail** addressed to:

Debtor(s)
MICHELLE ALLEN
GATEWAY PLAZA
400 W. 9TH STREET #1202
CINCINNATI, OH  45203

AMERICAN INFOSOURCE
DIRECTV
P.O. BOX 51178
LOS ANGELES, CA 90051

DIRECTV
P.O. BOX 5668
CAROL STREAM, IL 68197


    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.